UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>O-CO CONCRETE CONSTRUCTION, LLC,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>APCON TECH INC.,<br><br>Garnishee. | Cause No. MC22-0088RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, O-Co Concrete Construction LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Apcon Tech Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on October 13, 2022.

Dated this 18th day of October, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1